Reginald MIMMS, a/k/a Gerald
King, Petitioner–Appellant,

v.

J. GRONDOLSKY, Warden,
Respondent–Appellee.

No. 12–6947.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 2, 2012.

Reginald Mimms, Appellant Pro Se.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Mimms seeks to appeal the district court's order construing his 28 U.S.C. § 2241 (2006) petition as a 28 U.S.C.A. § 2255 (West Supp.2012) motion and denying it for failure to first obtain authorization from this court to file a successive § 2255 motion. *See* 28 U.S.C.A. §§ 2244(b)(2), 2255 (West 2000 & Supp. 2012). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller-El v. Cockrell*, 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack*, 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Mimms has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*